# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAMON RIOS-DAVILA, | No. 4:19-CV-01910 |
| Plaintiff. | (Judge Brann) |
| v. | |
| JOHN WETZEL, *et al.*, | |
| Defendants. | |

## ORDER

### NOVEMBER 20, 2019

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to proceed *in forma pauperis*, ECF No. 2, is **GRANTED**;

2. Plaintiff's complaint, ECF No. 1, is **DISMISSED** without prejudice; and

3. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge